IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BEENA G. PATEL,

    Plaintiff,

v.                                                       No. CV 17-967 CG

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security Administration,

    Defendant.

## FINAL JUDGMENT

Pursuant to the Court's *Memorandum Opinion and Order*, (Doc. 24), which granted Plaintiff's *Motion to Remand to Agency with Supporting Memorandum*, (Doc. 17), the Court enters this Judgment under Rule 58 of the Federal Rules of Civil Procedure **REMANDING** this case to the Commissioner of the Social Security Administration for further administrative action.

    **IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE